IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| TYRESE WALKER and | ) | |
| PAMELA MULET WALKER, | ) | |
| | ) | |
|     Plaintiffs | ) | |
| | ) | |
| VERSUS | ) | DOCKET NO. 2:12-CV-00059 |
| | ) | |
| ROBERT TERRY, in his official | ) | |
| capacity as Chief of Police of the City | ) | |
| of Cookeville Police Department; | ) | |
| CHARLES QUIETT and | ) | |
| DEREK SPRINGS, individually and in | ) | |
| Their official capacities as Police | ) | |
| Officers of the City of Cookeville, | ) | |
| Tennessee Police Dept., | ) | |
| | ) | |
|     Defendants. | ) | |

## AGREED PROTECTIVE ORDER FOR RELEASE OF JUVENILE COURT RECORDS

Upon agreement of counsel and upon good cause shown, it appeared to the Court that defense counsel should be permitted to obtain a copy of the juvenile records related to the children of Tyrese Walker and Anessa Kelly, Tamia Walker date of birth 11-5-2004 and Sarah Walker date of birth 7-5-2006. Defense counsel will share these records with Plaintiff's counsel. Both Plaintiff's counsel and defense counsel will keep said records confidential to only be used in depositions of the parties in this case and/or dispositive motions, absent leave of Court. If the records are to be used in pleadings they will be filed under seal. Such records will be destroyed at the end of this case.

It is therefore, ORDERED, ADJUDGED and DECREED, that the Juvenile Court Clerk of Putnam County is authorized and ordered to release copies of the juvenile records regarding Tamia Walker and Sarah Walker, the children of Tyrese Walker and Anessa Kelly, in Putnam County, Tennessee pursuant to this protective order.

1

ENTERED this the 19th day of November, 2012.

                                        /S/ Joe B. Brown
                                        MAGISTRATE JUDGE BROWN

APPROVED FOR ENTRY:

MOORE, RADER
AND FITZPATRICK, P. C.

By s/DANIEL H. RADER, B.P.R. NO. 002835
    DANIEL H. RADER, III
    Attorneys for Defendant,
    Robert Terry, in his official capacity
    as Chief of Police of the City of
    Cookeville Police Department
    P. O. Box 3347
    Cookeville, TN 38502
    (931-526-3311)
    B.P.R.No. 002835

BY s/MICHAEL SAVAGE, B.P.R. NO. 020276
    MICHAEL SAVAGE
    Attorney for Plaintiffs,
    Tyrese Walker and
    Pamela Mulet Walker
    101 East Court Square
    Livingston, TN 38570-1839
    (931-823-3690)

2

Case 2:12-cv-00059   Document 19   Filed 11/19/12   Page 2 of 2 PageID #: 100