IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TYRESE WALKER and <br> PAMELA MULET WALKER, <br><br>    Plaintiffs <br><br> VERSUS <br><br> ROBERT TERRY, in his official <br> capacity as Chief of Police of the City <br> of Cookeville Police Department; <br> CHARLES QUIETT and <br> DEREK SPRINGS, individually and in <br> Their official capacities as Police <br> Officers of the City of Cookeville, <br> Tennessee Police Dept., <br><br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    DOCKET NO. 2:12-CV-00059 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

AGREED PROTECTIVE ORDER FOR RELEASE OF JUVENILE COURT RECORDS

     Upon agreement of counsel and upon good cause shown, it appeared to the Court that defense counsel should be permitted to obtain a copy of the juvenile records related to the children of Tyrese Walker and Anessa Kelly, Tamia Walker date of birth 11-5-2004 and Sarah Walker date of birth 7-5-2006. Defense counsel will share these records with Plaintiff's counsel. Both Plaintiff's counsel and defense counsel will keep said records confidential to only be used in depositions of the parties in this case and/or dispositive motions, absent leave of Court. `If the records are to be used in pleadings they will be filed under seal. Such records will be destroyed at the end of this case.`

     It is therefore, ORDERED, ADJUDGED and DECREED, that the Juvenile Court Clerk of Putnam County is authorized and ordered to release copies of the juvenile records regarding Tamia Walker and Sarah Walker, the children of Tyrese Walker and Anessa Kelly, in Putnam County, Tennessee pursuant to this protective order.

ENTERED this the 19th day of November, 2012.

                                          /S/ Joe B. Brown
                                   MAGISTRATE JUDGE BROWN

APPROVED FOR ENTRY:

MOORE, RADER
AND FITZPATRICK, P. C.


By s/DANIEL H. RADER, B.P.R. NO. 002835
      DANIEL H. RADER, III
      Attorneys for Defendant,
      Robert Terry, in his official capacity
      as Chief of Police of the City of
      Cookeville Police Department
      P. O. Box 3347
      Cookeville, TN 38502
      (931-526-3311)
      B.P.R.No. 002835


BY s/MICHAEL SAVAGE, B.P.R. NO. 020276
      MICHAEL SAVAGE
      Attorney for Plaintiffs,
      Tyrese Walker and
      Pamela Mulet Walker
      101 East Court Square
      Livingston, TN 38570-1839
      (931-823-3690)