IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| TYRESE WALKER and <br> PAMELA MULET WALKER, | ) <br> ) <br> ) | |
| Plaintiffs | ) <br> ) | DOCKET NO. 2:12-CV-00059 |
| VERSUS | ) <br> ) | JUDGE SHARP/BROWN |
| CITY OF COOKEVILLE, <br> CHARLES QUIETT AND DEREK <br> SPRINGS, individually and in their <br> official capacities as Police Officers <br> of the City of Cookeville Tennessee <br> Police Department, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants | ) | |

**ORDER**
**Motion Granted**
/S/ Joe B. Brown
**JOE B. BROWN**
**Magistrate Judge**

## MOTION REQUESTING LEAVE OF COURT TO FILE EXHIBITS MANUALLY

Comes the defendant, the City of Cookeville, by and through its counsel, and in support of its motion for summary judgment, moves the Court for permission to manually file the following Exhibits:

1. Exhibit 1 which is a DVD containing the video of the incident from the vehicle being driven by Officer Derrick Springs that clearly shows the arrests of the plaintiffs on July 3, 2011, and is the subject of this suit.

2. Exhibit 2 which is a DVD containing the video of the incident from the vehicle being driven by Officer Charles Quiett that clearly shows the arrests of the plaintiffs on July 3, 2011, and is the subject of this suit.

These DVDs cannot be filed electronically under the Court's ECF Rules of Procedures.

1