IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TYRESE WALKER and<br>PAMELA MULET WALKER, )<br>)<br>Plaintiffs )<br>)<br>VERSUS )<br>)<br>CITY OF COOKEVILLE, )<br>CHARLES QUIETT AND DEREK )<br>SPRINGS, individually and in their )<br>official capacities as Police Officers )<br>of the City of Cookeville Tennessee )<br>Police Department, )<br>)<br>Defendants ) | DOCKET NO. 2:12-CV-00059<br><br>JUDGE SHARP/BROWN |

## **MOTION**

Comes the defendant, the City of Cookeville, by and through its attorney, pursuant to the Local Rules of Court, and moves the Court to be permitted to file a brief in support of its Motion for Summary Judgment in a length not to exceed 29 pages.

There are two videos demonstrating the conduct that occurred in this case. "Still photos" taken from the videos comprise approximately five pages of the brief and clearly demonstrate that the City of Cookeville Police Officers had probable cause to arrest the plaintiffs and did not use excessive force.

It is respectfully submitted that a brief this length will be necessary to adequately present the Motion for Summary Judgment in this matter, and the undersigned has endeavored to be concise but requires the additional space.

1