*Kevin H. Sharp*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEAST DIVISION

| | | |
|---|---|---|
| TYRESE WALKER and<br>PAMELA MULET WALKER,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT TERRY, in his official capacity as<br>Chief of Police of the City of Cookeville<br>Police Department;<br>CHARLES QUIETT and DEREK SPRINGS,<br>individually and in their official capacities as<br>Police Officers of the City of Cookeville,<br>Tennessee Police Department,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2-12-cv-59<br>JUDGE KEVIN H. SHARP<br>MAGISTRATE JUDGE JOE B. BROWN |

## MOTION FOR LEAVE OF COURT TO FILE A BRIEF EXCEEDING TWENTY (20) PAGES

The Defendants Charles Quiett and Derrick Springs, in their individual capacities, hereby appear, by and through counsel, and pursuant to the Local Rules of Court respectfully move this Court for leave to file a Memorandum of Facts and Law in Support of Defendants' Motion for Summary Judgment in excess of the twenty (20) page limit provided by the Local Rules, and as grounds, would show the Court the following:

1. In their Complaint, Plaintiffs Tyrese Walker and Pamela Mulet Walker raise several complex issues involving Federal and State Law. Defendants' Memorandum is designed to comprehensively address all those issues. The matters that must be addressed in this case are further complicated by the fact that the analysis involved in dispensing with Plaintiffs' claims involves a series of facts which leads to a lengthy "Statement of Facts" section to properly inform the Court and to allow consideration of relevant facts in forming its opinion. Further,