UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| TYRESE WALKER and <br> PAMELA MULET WALKER, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF COOKEVILLE, CHARLES QUIETT AND DERRICK SPRINGS, individually and in their official capacities as Police Officers of the City of Cookeville Tennessee Police Department, <br><br> Defendants. | No. 2:12-00059 <br> Judge Sharp |

## ORDER

For the reason set forth in the accompanying Memorandum, the Court rules as follows:

(1) The Motion for Summary Judgment filed by Defendants Charles Quiett and Derrick Springs (Docket No. 46) is hereby GRANTED;

(2) The Motion for Summary Judgment filed by Defendant City of Cookeville (Docket No. 38) is hereby GRANTED; and

(3) The claims filed by Plaintiffs Tyrese Walker and Pamela Mulet Walker are hereby DISMISSED WITH PREJUDICE.

The Clerk of the Court shall enter judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE